UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DWAYNE K. SYBBLISS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) Case No. 4:21-cv-266-CLM-GMB |
| WARDEN, ETOWAH COUNTY DETENTION CENTER, | ) ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

Petitioner Dwayne K. Sybbliss filed a habeas action pursuant to 28 U.S.C. § 2241 in this court challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Doc. 1. On April 6, 2019, the Magistrate Judge recommended dismissal of the petition as duplicative of Sybbliss's previously filed § 2241 petition, *see Sybbliss v. Barr, et al.*, No. 4:20-cv-1289-LSC-GMB. Doc. 3. Although the Magistrate Judge advised Sybbliss of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, this action is due to be dismissed as duplicative. The court will dismiss this matter by separate order.

2

**DONE** this May 6, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE